UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PARIYAR SAROJ

                                    Petitioner,

v.

Field Office Director, ICE San Diego, et al.,

                                    Respondents.

Case No.:  3:26-CV-00386 TWR (BJW)

**ORDER (1) REQUIRING RESPONDENTS TO RESPOND TO PETITION AND (2) DENYING PETITIONER'S MOTION TO APPOINT COUNSEL**

(ECF Nos. 1, 2)

Presently before the Court is Petitioner Pariyar Saroj's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Pet.," ECF No. 1) and Motion to Appoint Counsel ("Mot.," ECF No. 2.)  The Court **ORDERS** Respondents **TO SHOW CAUSE** why the Petition should not be granted by filing a written response <u>no later than 5:00 p.m. on Monday, February 2, 2026</u>.  Additionally, the Court **SETS** an Order to Show Cause Hearing for <u>Thursday, February 5, 2026, at 1:30 p.m. in Courtroom 14A.</u>

Petitioner has not established he is entitled to appointment of counsel as required under 18 U.S.C. § 3006A(a)(2)(B).  Accordingly, the Court **DENIES** without prejudice

/ / /

/ / /

/ / /

1

3:26-CV-00386 TWR (BJW)

Petitioner's Motion to Appoint Counsel.

**IT IS SO ORDERED.**

Dated:  January 26, 2026

_____
Honorable Todd W. Robinson
United States District Judge

3:26-CV-00386 TWR (BJW)